1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | No.  2:21-cv-2359-TLN-CKD |
| Plaintiff, | |
| v. | ORDER TO FILE STATUS REPORT |
| JOHN DOE subscriber assigned IP address 76.105.15.248 | |
| Defendant. | |

On February 16, 2022, plaintiff filed a status report (ECF No. 6) in accordance with the

terms of this court's January 4, 2022 order. (ECF No. 5.) The statements therein having been

considered, IT IS HEREBY ORDERED THAT within 45 days from the date of this order,

plaintiff shall file a further status report that includes the information set forth in the courts

January 4, 2022 order.

Dated:  February 23, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.Strike3.2343.furtherstatus

1